# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LAURELWOOD OAK INVESTORS,<br><br>Defendants. | Case No. 1:18-cv-00088 DAD JLT<br><br>**ORDER TO THE PLAINTIFFS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO PROSECUTE THIS ACTION AND TO OBEY THE COURT'S ORDERS** |

The plaintiffs filed this action on January 19, 2018.[1] (Doc. 1) The same day, the Court issued the summons (Doc. 2) and its order setting the mandatory scheduling conference to occur on April 17, 2018. (Doc. 4) In its order setting the mandatory scheduling conference, the Court advised counsel:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 3 at 1-2) In addition, Federal Rules of Civil Procedure 4(m) provides,

> If a defendant is not served within 90 days after the complaint is filed, the court--on

---

[1] The plaintiffs filed a first amended complaint on January 21, 2018. (Doc. 4)

1

motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1).

Nevertheless, Plaintiff has not filed a proof of service of the summons and complaint as to any defendant. Therefore, the Court **ORDERS**,

    1.    **No later than April 12, 2018**, the plaintiff **SHALL** show cause why sanctions should not be imposed for the failure to serve and file proofs of service on the defendants. Alternatively, the plaintiff may file proofs of service;

    2.    Due the failure of the plaintiff to serve the summons and complaint, the scheduling conference, currently set on April 17, 2018 is **CONTINUED** to **May 25, 2018** at 8:30 a.m.

**The plaintiffs are reminded of the service obligations under Fed. R. Civ. P. 4. Failure to comply may result in the imposition of sanctions, including the dismissal of unserved defendants.**

IT IS SO ORDERED.

Dated:   **April 5, 2018**                          **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE