# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LAURELWOOD OAK INVESTORS, <br><br> Defendants. | Case No. 1:18-cv-00088 LJO JLT <br><br> **ORDER AFTER NOTICE OF SETTLEMENT** <br><br> (Doc. 8) |

The plaintiffs report they have come to terms of settlement.[1]  (Doc.8)  They indicate they will seek dismissal of the action soon. Id.  Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than May 11, 2018**;
2. All other pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: __**April 10, 2018**__                        __/s/ Jennifer L. Thurston__
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] As a result, the order to show cause (Doc. 6) is **DISCHARGED**.