# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LAURELWOOD OAK INVESTORS, <br><br> Defendants. | Case No. 1:18-cv-00088 LJO JLT <br><br> **ORDER TO CLOSE THE CASE** <br><br> (Doc. 10) |

The plaintiff has filed a notice of voluntary dismissal with prejudice. (Doc. 10) No defendant has appeared in this action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **April 17, 2018**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE